IN THE MATTER OF THE PETITION OF JOSEPHINE C. HAIGHT AND LYDIA M. HAIGHT, INFANTS, FOR THE SALE OF LAND.

*Real estate of infant — estate in remainder may be sold under statute relating to.*

Where an infant has an estate in remainder in lands, such estate may be sold in proceedings instituted under the statute providing for the sale of an infant's real estate.

*Jenkins* v. *Fahey* (11 Hun, 351), overruled.

APPEAL from an order compelling one Thomas Wilde to complete his contract for the purchase of the lands of the petitioners herein.

These proceedings were instituted to sell the interests of the petitioners herein in certain lands, their interests consisting of a vested remainder in the lands in which their mother had an estate for her life. The proceedings resulted in a contract for the sale of the lands to Wilde being entered into by the guardian andconfirmed by the court. Wilde refused to fulfill the contract, and this application was made to compel him to do so.

*John C. Clayton*, for Thomas Wilde, purchaser, appellant.

*Scudder & Carter*, for the guardian *ad litem*.

DYKMAN, J.:

This is a proceeding for the sale of the real estate of infants under the statute. The infants have an estate in remainder in

the land, and the question is whether such an interest can be sold in this way. This same question was presented to this court in this district in the case of *Jenkins* v. *Fahey* (11 Hun, 351), and we there held that under the statute providing for the sale of the interest of infants in real estate, a sale can only be ordered in those cases where the infant is in the actual possession of the land, or entitled to the immediate possession of it. That case has now been overruled by the Court of Appeals, and the law is thus established adversely to our views.

The order is affirmed with costs and disbursements.

Present — BARNARD, P. J., GILBERT and DYKMAN, JJ.

Order affirmed with ten dollars costs and disbursements.